IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jerry Adams, III,                                          :
                                                           :
                    Petitioner(s),                         :
                                                           :      Case Number: 1:12cv938
         vs.                                               :
                                                           :      Chief Judge Susan J. Dlott
Warden, Lebanon Correctional Institution,                  :
                                                           :
                    Respondent(s).                         :

ORDER

   This matter is before the Court pursuant to the Order of General Reference in the United States

District Court for the Southern District of Ohio Western Division to United States Magistrate Judge

Michael R. Merz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed

with this Court on March 27, 2014 a Report and Recommendation (Doc. 19), the petitioner filed

objections (Doc. 21), followed by a Supplemental Report and Recommendation filed on May 13, 2014

(Doc. 23) and the petitioner filed objections to such Supplemental Report and Recommendation (Doc.

24).

   The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de

novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that

such Recommendation should be adopted.

   Accordingly, the petition is **DISMISSED** with prejudice and petitioner is denied a certificate of

appealability and leave to appeal *in forma pauperis.*


   IT IS SO ORDERED.


            ___s/Susan J. Dlott_____
            Chief Judge Susan J. Dlott
            United States District Court